UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN APONTE,

                Plaintiff,

-against-

CITY OF YONKERS; ST. JOHN'S HOSPITAL,

                Defendants.

19-CV-11267 (CM)

CIVIL JUDGMENT

Pursuant to the order issued January 28, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed prisoner authorization or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 28, 2020
           New York, New York

                                                  COLLEEN McMAHON
                                              Chief United States District Judge